# Court of Appeals
# of the State of Georgia

ATLANTA,___June 23, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A1476. GRIMES v. LARIVA.**

Johnathan Grimes, acting pro se in the captioned case, filed a notice of direct appeal on February 19, 2016 from the trial court's January 27, 2016 order denying his motion for reconsideration of the trial court's May 13, 2015 order, which denied his request to proceed in forma pauperis to file a proposed habeas petition.  A motion for reconsideration does not extend the time for filing a notice of appeal. *Segura v. State*, 280 Ga. App. 685, 686 (634 SE2d 858) (2006).  Because the notice of appeal was not filed within 30 days after the order denying the request to proceed in forma pauperis, we lack jurisdiction and the appeal is DISMISSED. Id.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,*___06/23/2016____
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*